**Order entered December 11, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01400-CR

## EX PARTE TAMESHIA LASHAE HOLT

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. WX17-90074-I**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by her pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d).

We **ORDER** the Dallas County District Clerk to file the clerk's record by **December 22, 2017**. We **ORDER** that the clerk's record contain copies of the indictment, the application for writ of habeas corpus and any response from the State, all documents related to the writ application, the trial court's order adjudicating the writ application, any findings of fact and conclusions of law on the writ application, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **December 22, 2017**, either the reporter's record or written verification that no hearing was conducted.

After the record has been filed, the Court will notify the parties of briefing deadlines, the submission date, and panel. *See* TEX. R. APP. P. 31.1.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Elizabeth Kennedy, Presiding Judge, Criminal District Court No. 2; Mary Snider, official court reporter, Criminal District Court No. 2; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/     LANA MYERS
        JUSTICE